**CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT**

FILED
JAN 17 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

FOR THE __WESTERN__ DISTRICT OF __TEXAS__
(Name of District)           (State In Which Court Is Located)

__JORDAN G. GOUDREAU__ )  Miscellaneous No.
(Your Name)            )  (Will be filled in by
                       )  Clerk)
                       )  **SA 13 MC 0056 XR**
                       )
            Movant     )  MOTION FOR ORDER PURSUANT
       V.              )  TO CUSTOMER CHALLENGE
                       )  PROVISIONS OF THE RIGHT TO
Department of Defense  )  FINANCIAL PRIVACY ACT
                       )  OF 1978.
            Respondent )

__JORDAN G. GOUDREAU__ hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking access is the Department of Defense.

My financial records are held by __BANK OF AMERICA__.
(Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_[signature]_
(Your Signature)

__77 SCHLOSSSTRASSE, STUTTGART, GERMANY, 70176__
(Your Address)

__+49 162 297 3981__
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

UID No. 2013028 - 114u)